ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x  Index No. 07 CIV 6359(HB)

ARYEH COHEN

        Plaintiff,

-against-

LOOKING FOR PALLADIN, LLC, MAHYAD
TOUSI, TOUSI PRODUCTIONS, LLC,
ANDRZEJ KRAKOWSKI and PINE HILL
PRODUCTIONS, INC.

        Defendants.
------------------------------------x

STIPULATION AND ORDER

RECEIVED SEP 2 8 2007
HAROLD BAER
U.S DISTRICT JUDGE
S.D.N.Y.

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by the undersigned attorneys for the parties that Defendants' time to answer or otherwise move is hereby extended to October 4, 2007. A facsimile signature shall be deemed an original signature for purposes of this stipulation.

Dated: New York, New York
September 20, 2007

_____
Paul Robbins (PR8517)
McLaughlin & Stern, LLP
Attorneys for Plaintiff
260 Madison Avenue
18th Floor
New York, New York 10016
(212) 448 1100

_____
Kenneth Sussmane (KS 9301)
McCue, Sussmane & Zapfel, P.C.
Attorneys for Defendants
521 Fifth Avenue
28th Floor
New York, New York 10175
(212) 931 5500

Dated: New York, New York
September __, 2007

SO ORDERED
_____
Hon. Harold Baer, Jr.