```
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x  Index No. 07 CIV 6359(HB)
ARYEH COHEN                         :
                                    :
              Plaintiff,            :
                                    :
     -against-                      :
                                    :                STIPULATION
LOOKING FOR PALLADIN, LLC, MAHYAD   :                AND ORDER
TOUSI, TOUSI PRODUCTIONS, LLC,      :
ANDRZEJ KRAKOWSKI and PINE HILL     :
PRODUCTIONS, INC.                   :
                                    :
              Defendants.           :
                                    :
------------------------------------x

RECEIVED
OCT 0 9 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

   IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by the undersigned attorneys for the parties that Defendants' time to answer or otherwise move is hereby extended to October 18, 2007. A facsimile signature shall be deemed an original signature for purposes of this stipulation. *This is it.*

Dated:    New York, New York
          October 3, 2007

_____            _____
Paul Robbins (PR8517)              Kenneth Sussmane (KS 9301)
McLaughlin & Stern, LLP            McCue, Sussmane & Zapfel, P.C.
Attorneys for Plaintiff            Attorneys for Defendants
260 Madison Avenue                 521 Fifth Avenue
18th Floor                         28th Floor
New York, New York 10016           New York, New York 10175
(212) 448 1100                     (212) 931 5500


                                   SO ORDERED:

                                   _____
Dated:  New York, New York
        October 10, 2007           Hon. Harold Baer, Jr.