UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ARYEH COHEN,                                    :   Case No. 07-cv-6359 (HB)
                                                :
      Plaintiff,                                 :
                                                :
   vs.                                          :
                                                :
LOOKING FOR PALLADIN, LLC, MAHYAD               :
TOUSI, TOUSI PRODUCTIONS LLC,                   :
ANDRZEJ KRAKOWSKI and PINE HILL                 :
PRODUCTIONS, INC.                               :
                                                :
      Defendants.                                :
------------------------------------------------------------- X

NOTICE OF MOTION TO DISMISS

To:   Jon Paul Robbins
      McLauglin and Stern, LLP
      260 Madison Avenue, 18th Floor
      New York, New York  10016
      Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that, upon the Summons and Complaint, the accompanying memorandum of law, the Affidavit of Andrzej Krakowski, and the accompanying exhibits, defendants will move this Court on November 7, 2007, at the United States District Courthouse, located at 500 Pearl Street, New York, New York, before the Honorable Harold Baer, United States District Judge, for an Order (1) dismissing the complaint and compelling arbitration, (2) dismissing the complaint for failure to state a claim upon which relief can be granted (3) dismissing the complaint for lack of jurisdiction over the subject matter, pursuant to Fed.R.Civ.P. 12(b)(6) and Fed.R.Civ.P. 12(b)(1).

Dated: New York, New York
       October 18, 2008                           /s/ Kenneth Sussmane
                                                 Kenneth Sussmane (KS 9301)
                                                 McCue Sussmane & Zapfel, P.C.
                                                 521 Fifth Avenue  28th Floor
                                                 New York, New York 10175
                                                 Phone: (212) 931-5500
                                                 Attorneys for Defendants