```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X   Case No. 07-cv-6359 (HB)
ARYEH COHEN,                         :
                                     :   ECF CASE
              Plaintiff,             :
                                     :   RULE 7.1 STATEMENT
        vs.                          :
                                     :
LOOKING FOR PALLADIN, LLC, MAHYAD    :
TOUSI, TOUSI PRODUCTIONS LLC,        :
ANDRZEJ KRAKOWSKI and PINE HILL      :
PRODUCTIONS, INC.                    :
                                     :
              Defendants.            :
------------------------------------ X
```

Pursuant to Rule 7.1 [formerly Local General Rule 9] of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: none.

Dated:   New York, New York
         October 18, 2007

                                                            /S/Ken Sussmane
_____
Kenneth Sussmane (KS 9301)
McCue Sussmane & Zapfel, P.C.
Attorneys for Plaintiffs
521 Fifth Avenue, 28th Floor
New York, New York 10175
212 931-5500