**<u>Exhibit C</u>**

# McCue Sussmane & Zapfel, P.C.

**521 FIFTH AVENUE**
**28th FLOOR**
**NEW YORK, NEW YORK 10175**

TELEPHONE: (212) 931-5500
FACSIMILE: (212) 931-5508

1735 POST ROAD EAST
WESTPORT, CT 06880
TELEPHONE: (203) 227-6133
FACSIMILE: (203) 454-0875

July 17, 2007

Jon Paul Robbins, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

**Re: Cohen v. Tousi, et al.**

Dear Paul:

Reference is made to our conversation and email exchange earlier today in which you informed this office that you have filed a summons and complaint in the United States District Court, Southern District of New York on behalf of your client, Aryeh Cohen, naming, among others, Andrzej Krakowski, Mahyad Tousi and Looking For Palladin, LLC as defendants.

Please be advised that pursuant to Paragraph 13.03 of the Operating Agreement of Looking For Palladin, LLC, signed by your client, Aryeh Cohen, on July 17, 2007, any dispute thereunder "...shall be resolved solely by arbitration before a single arbitrator in the City and County of New York." Per the terms of the Operating Agreement, and in the interest of avoiding unnecessary motion practice, please withdraw the federal court action and commence appropriate arbitration proceedings.

Thank you.

Sincerely,

Craig F. Cohen

cc:   Andrzej Krakowski
      Mahyad Tousi