UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

ARYEH COHEN,

            Plaintiff,

      07 Civ. 6359

   -against-

**AFFIDAVIT OF SERVICE**

LOOKING FOR PALLADIN, LLC, MAHYAD
TOUSI, TOUSI PRODUCTIONS, LLC, ANDRZEJ
KRAKOWSKI and PINE HILL PRODUCTIONS, INC.,

            Defendants.
------------------------------------------------------------------

STATE OF NEW YORK
            ss:
COUNTY OF NEW YORK

    Jon Paul Robbins, being duly sworn, deposes and says:

    1. I am over 18 years of age, am not a party to this action, and I reside in New Rochelle, New York. On November 2, 2007, I served the Amended Complaint in this action on counsel for all defendants, the law firm of McCue Sussmane & Zapfel, P.C., 521 Fifth Avenue, New York, New York 10175. Service was made by email to Kenneth Sussmane, Esq., a member of said firm, who consented to service being made in that manner.

                                              _____
                                              Jon Paul Robbins

Sworn to before me,
November 2, 2007
_____
Notary Public

MAGNOLIA D. LEVY
Notary Public, State of New York
No. 02LE6113616
Certificate Filed in New York County
Commission Expires Aug. 2, 20_ _