UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ARYEH COHEN,                                     :   Case No. 07-cv-6359 (HB)
                                                 :
     Plaintiff,                                :
                                                 :
   vs.                                           :
                                                 :
LOOKING FOR PALLADIN, LLC, MAHYAD                :
TOUSI, TOUSI PRODUCTIONS LLC,                    :
ANDRZEJ KRAKOWSKI and PINE HILL                  :
PRODUCTIONS, INC.                                :
                                                 :
     Defendants.                               :
------------------------------------------------------------- X

SECOND NOTICE OF MOTION TO DISMISS

To:   Jon Paul Robbins
       McLauglin and Stern, LLP
       260 Madison Avenue, 18th Floor
       New York, New York  10016
       Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that, upon the Summons and Complaint, the accompanying memorandum of law, the Affidavit of Andrzej Krakowski, and the accompanying exhibits,  and the Affidavit of Mahyad Tousi, defendants will move this Court on November 30, 2007, at the United States District Courthouse, located at 500 Pearl Street, New York, New York, before the Honorable Harold Baer, United States District Judge, for an Order (1) dismissing the amended complaint for failure to state a claim upon which relief can be granted,  (2) dismissing the second cause of action for lack of jurisdiction over the subject matter, pursuant to Fed.R.Civ.P. 12(b)(6) and Fed.R.Civ.P. 12(b)(1), and (3) dismissing or staying the amended complaint and compelling arbitration.

Dated: New York, New York
       November 13, 2007                             ____/s/ Kenneth Sussmane__
                                                           Kenneth Sussmane (KS 9301)
                                                           McCue Sussmane & Zapfel, P.C.
                                                           521 Fifth Avenue  28th Floor
                                                           New York, New York 10175
                                                           Phone: (212) 931-5500
                                                           Attorneys for Defendants