UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- X
ARYEH COHEN,                        :  Case No. 07-cv-6359 (HB)
                                    :
            Plaintiff,              :
                                    :
      vs.                           :  AFFIDAVIT OF JENNIFER MIELKE
                                    :  IN SUPPORT OF DEFENDANT'S MOTION
LOOKING FOR PALLADIN, LLC, MAHYAD   :  TO DISMISS
TOUSI, TOUSI PRODUCTIONS LLC,       :
ANDRZEJ KRAKOWSKI and PINE HILL     :
PRODUCTIONS, INC.                   :
                                    :
            Defendants.             :
--------------------------------- X

STATE OF NEW YORK )
                  )
COUNTY OF NEW YORK )

**I,** Jennifer Mielke, being duly sworn, depose and say, that:

1. I was the costume designer for the film "Looking for Palladin" and a personal friend of Mahyad Tousi ("Tousi") the producer of the film.

2. I am not a party to this action.

3. I submit this affidavit in support of defendants' motion to dismiss.

4. On July 31, 2006, Plaintiff began his first day of filming the role of Nestor in the film.

5. Later that day, Plaintiff and I were walking to meet Tousi at the production office after which we would all attend a birthday party for a cast member.

6. As Plaintiff and I were traveling to the production office an individual approached us and offered us drugs in a mix of broken English and Spanish.

7. In response. Plaintiff inquired as to whether the individual possessed crystal methamphetamine and how much it would cost. The individual indicated that he did not have that item. Plaintiff proceeded to inquire about the price of the cocaine.

8. I told Plaintiff that we needed to leave and return to the production office.

9. The drug dealer proceeded to follow us to the hotel in which the production office was located and had to be driven away by a hotel employee.

_Jennifer M. Mielke_

Jennifer Mielke

Sworn to before me
this 13 day of November, 2007

_Lena Tarazhi_

Notary Public

LENA TARAZHI
Notary Public, State of New York
No.01TA5071538
Qualified in Bronx County
COMMISSION EXPIRES 01/13/___ 2011

2