UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

ARYEH COHEN,

            Plaintiff,

    -against-

LOOKING FOR PALLADIN, LLC, MAHYAD
TOUSI, TOUSI PRODUCTIONS, LLC, ANDRZEJ
KRAKOWSKI and PINE HILL PRODUCTIONS, INC.,

           Defendants.
-------------------------------------------------------------------

07 Civ. 6359
**DECLARATION**

Jon Paul Robbins hereby declares under penalties of perjury:

1. I am a member of McLaughlin & Stern, LLP, attorneys for plaintiff Aryeh Cohen. I attach Plaintiff's amended complaint as Exhibit 1.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if they are willfully false, I am subject to punishment.

                                                      */s/ Jon Paul Robbins*
                                                      Jon Paul Robbins

Dated: November 23, 2007